IN THE U.S. DISTRICT COURT FOR THE DISTRICT OF KANSAS

Stonehouse Rentals Inc. and Salah Ibrahim,
     Plaintiffs,

         VS.

Patrick Doran;
     Defendant.

Case No. 17-cv-04046-JAR-GLR
Division No.

## MOTION TO WITHDRAWAL AS COUNSEL FOR PLAINTIFFS STONEHOUSE RENTALS INC. AND SALAH IBRAHIM

COMES NOW, Rick Davis, Counsel for the Plaintiffs Stonehouse Rentals Inc. and Salah Ibrahim and moves this Court for an Order allowing him to Withdraw as counsel for Stonehouse Rentals Inc. and Salah Ibrahim pursuant to Local Rule 83.5.5:

1) Movant offers that good cause exists to allow the withdrawal of counsel prior to the entry of new counsel, but that disclosure of said good cause in this Motion could violate the Plaintiffs' attorney-client privilege.

2) Movant has provided the Plaintiffs with notice of the outstanding issues and deadlines in the case, the date and time of the next hearing or appearance, and advised Plaintiffs of their obligation to comply with said deadlines and requirements prior to the fling of this Motion. A copy of said notice is attached to this Motion as Exhibits A and B.

3) After withdrawal, the mailing address for Stonehouse Rentals Inc. and Salah Ibrahim is PO Box 881, Lawrence, KS 66044.

4) Plaintiff's Counsel has served a copy of this Motion on its client via certified mail to the client's home address and post office box. Furthermore, this Motion was

sent via email to the email address the client regularly uses to correspond with its counsel.

WHEREFORE Plaintiffs' Counsel respectfully requests that this Court enter an Order allowing him to withdraw as counsel for Stonehouse Rentals Inc. and Salah Ibrahim, and for such other relief as the Court deems just and fit in this Situation.

Respectfully Submitted,

/s/  Rick Davis

Rick Davis #25671
Rick Davis Legal
Atorrney for Stonehouse Rentals Inc. and Salah Ibrahim
8826 Santa Fe Dr, Ste 100
Overland Park, KS 66212
Phone: (913) 210-1847
Email: rick@rickdavislegal.com

CERTIFICATE OF SERVICE

       The undersigned does hereby declare that a copy of the foregoing was delivered to the below parties via email on September 4, 2017 or if no email address is provided below, the document was mailed to the below parties via U.S. Mail, postage prepaid on the same date.

Patrick Doran
Doran Law Office
4324 Belleview Ave
Kansas City, MO 64111
pjdoran@doranlaw.net
Attorney for Patrick Doran


         /s/  Rick Davis
         Rick Davis #25671



September 2, 2017

Salah Ibrahim
PO Box 881
Lawrence, KS 66044

   RE: Termination of Representation

Dear Mr. Ibrahim,

Please let this letter confirm that as of September 1, 2017, we will no longer be representing you, Stonehouse Rentals, Moundview LLC, Sumerian LLC, KS1BIGD, LLC, Fuel Mart, LLC or any other related entities owned or managed by you. The reasons for this decision have been outlined in a letter that will be sent to you via separate cover as this letter will be filed with the Court.

**Pursuant to Kansas Supreme Court Rule 117, please be advised that you are personally responsible for complying with all orders of the court and time limitations established by the rules of procedure or by court order.** In other words, you must appear at any scheduled hearing and filed any documents prior to any applicable deadlines. Furthermore, because the majority of your matters involved a Kansas corporation or limited liability company, you may not be able to appear pro se and may be required to hire new counsel.

Attached to this letter is a spreadsheet containing a summary of each of your cases (redacted before filing) and a list of any upcoming deadlines or hearings. For your reference and in an abundance of caution, the most immediate hearings and deadlines have been duplicated below.

- **September 5, 2017 at 1:30pm** – Motions Hearing (Moundview v. City of Eudora, et. Al.) (Note: I will appear at this hearing, but will be requesting the order of withdrawal be entered at the hearing. Any new deadlines or changes to the case management order will be communicated to you subsequent to that hearing).

- **September 11, 2017** – Last day to respond to Motion to Compel discovery responses (Stonehouse v. Austin, et. Al). (Note: a Motion for an Extension of Time to Respond has been filed; however, unless said motion is granted you must respond by this date).

- **September 15, 2017** – Motions Hearing (Stonehouse Rentals v. Meridee Helm); (Note: I will appear at this hearing if new counsel has not been obtained by that date; however, I will be requesting the order of withdrawal be entered at the hearing).

Exhibit 1 – Letter to Stonehouse Rentals Inc. and Salah Ibrahim

- **September 19, 2017** – Last day to file a Motion for a New Trial or other motion to set aside the Summary Judgment granted in favor of the Plaintiff. (Stonehouse v. City of Eudora).

- **September 19, 2017** – Answer Hearing (City of Topeka v. Sumerian) (Note: a written answer has been filed and no appearance should be necessary).

- **September 29, 2017 at 10:30 am** – Status Conference (Stonehouse Rentals v. MDP Services, LLC, et. Al.).

A digital copy of the entire case file for each matter handled by my firm will be sent to your PO Box on a flash drive on September 5, 2017. Furthermore, any physical documents, photos, or other items in our possession will be delivered to your home address via courier or commercial mail service on or before September 8, 2017.

I wish you the best of luck in your future endeavors and it has been a pleasure working with you.

Sincerely,

**Rick Davis**
Attorney

Santa Fe Office Building
8826 Santa Fe Dr, Ste 100
Overland Park, KS 66212
Phone: (913) 210-1847
Fax: (913) 426-9126
rick@rickdavislegal.com

Exhibit 1 – Letter to Stonehouse Rentals Inc. and Salah Ibrahim

## Matter - Full List (Redacted for Court File)

**Fuel Mart LLC**

| Date Opened | Ref | Matter Type | Other Party | Current Status | Upcoming Deadlines |
|---|---|---|---|---|---|
| 3/20/2017 | 455 | Property Damage | Paxico Insurance | | None |

Matters listed:    1

**KS1BIGD, LLC**

| Date Opened | Ref | Matter Type | Other Party | Current Status | Upcoming Deadlines |
|---|---|---|---|---|---|
| 5/12/2016 | 290 | Post Judgment Collection | Dana Dusheke | | 5/24/21 - Judgment Lapse Date |
| 4/7/2017 | 470 | Post Judgment Collection | Brandy Miller | | 3/27/22 - Judgment Lapse Date |

Matters listed:            2

**Moundview LLC**

| Date Opened | Ref | Matter Type | Other Party | Current Status | Upcoming Deadlines |
|---|---|---|---|---|---|
| 2/12/2016 | 234 | Post Judgment Collection | Michael McLaughlin \| Danielle McLaughlin | | 12/20/2017 - Last day to file Motion to Revive Lapsed Judgment |
| 2/12/2016 | 230 | Post Judgment Collection | Debbie Drake Hoover | | 9/17/22 - Judgment Lapse Date |
| 3/23/2016 | 255 | Post Judgment Collection | Jessica Endersbe | | None |
| 5/17/2016 | 297 | Post Judgment Collection | Samantha Mauricio | | 6/3/21 - Judgment Lapse Date |

Exhibit 2 – Matters Summary



| | | | | | |
|---|---|---|---|---|---|
| 3/20/2017 | 454 | Property Damage | James Austin & Courtney Austin | | 9-7-17 - Response to Motion to Compel (Motion for an Extension of Time has also been filed). |
| 4/4/2017 | 461 | Post Judgment Collection | James Givens \| Melinda Raleigh | | None |
| 4/21/2017 | 480 | Post Judgment Collection | Brittany Rice | | 4-11-22 - Judgment Lapse Date |
| 6/29/2017 | 522 | Post Judgment Collection | Michael Oleson \| Christine Oleson | | None |

Matters listed:   8

**Moundview LLC | Stonehouse Rentals Inc. - Salah Ibrahim**

| Date Opened | Ref | Matter Type | Other Party | | Attorney |
|---|---|---|---|---|---|
| 6/7/2016 | 318 | Real Estate Dispute | Prada LC \| Mike Polk \| City of Eudora, Kansas \| Stonehouse Rentals Inc. - Salah Ibrahim | | 9-5-17 - Hearing on Pending Motions 11-13-17 at 1:30pm - Pretrial Con. 11-27-17 - LD to Submit Pretrial Order 12-12/17 - Trial (4 Days) |

Matters listed:   1

**Stonehouse Rentals Inc.**

| Date Opened | Ref | Matter Type | Other Party | Current Status | Upcoming Deadlines |
|---|---|---|---|---|---|

Exhibit 2 – Matters Summary

| | | | | | |
|---|---|---|---|---|---|
| 2/12/2016 | 246 | Post Judgment Collection | Charles Freeman | | 9-12-17 - Judmgnet Lapse Date (can be revived for two years) |
| 2/12/2016 | 250 | Post Judgment Collection | Lakita Hunter | | 12-8-18 - Last Day to Revive Judgment |
| 2/12/2016 | 226 | Post Judgment Collection | Rodney Elmer \| Samantha Elmer | | 11-16-22 - Judgment Lapse Date |
| 2/12/2016 | 252 | Post Judgment Collection | Gary Buckley \| Maria Mae Goodman | | 5-9-18 - Last Day to Revive Judgment |
| 2/12/2016 | 249 | Post Judgment Collection | Cathy Goins | | 12-16-17 - Last Day to Revive Judgment |
| 2/12/2016 | 235 | Post Judgment Collection | Christopher Grammar \| Tracy Pressgrove | | 7-23-19 - Last Day to Revive Judgment |
| 2/12/2016 | 223 | Post Judgment Collection | Shana Bushman | | 12-4-20 - Judgment Lapse Date |
| 2/12/2016 | 254 | Post Judgment Collection | Patrick Lightbourn \| Rose Lighbourn | | 11-8-17 - Judgment Lapse Date |
| 2/12/2016 | 247 | Post Judgment Collection | Michelle Greer \| William Johnson | | 9-22-17 - Last Day to Revive Judgment |
| 2/12/2016 | 241 | Post Judgment Collection | Darin Wade | | 9-8-20 - Judgment Lapse Date |
| 2/12/2016 | 238 | Post Judgment Collection | Chasity Rumsey | | 9-22-20 - Judgment Lapse Date |
| 2/12/2016 | 233 | Post Judgment Collection | Roberto Leonard | | 3-19-20 - Judgment Lapse Date |
| 2/12/2016 | 242 | Post Judgment Collection | Suzette Dingus | | 9-10-12 - Judgment Lapse Date (can be revived for two years) |
| 2/18/2016 | 170 | Real Estate Dispute | City of Eudora, Kansas | | 9-19-17 - Last day to file Motion for a New Trial or to Amend Judgment; 9-21-17 - Last day to Appeal Decision |
| 2/18/2016 | 169 | Post Judgment Collection | Rhonda Renfro \| Amanda Joles | | None |

Exhibit 2 – Matters Summary

| | | | | | |
|---|---|---|---|---|---|
| 3/8/2016 | 175 | Post Judgment Collection | Mason Tomlinson \| Trevor Shepley | | 1-8-21 - Judgment Lapse Date |
| 4/21/2016 | 282 | Real Estate Dispute | Woodcreek Townhomes Association | | 9-12-17 at 1:30pm - Hearing (only if decision on Motion for Directed Verdict is not entered by that date -- expected not to be needed). |
| 5/17/2016 | 300 | Post Judgment Collection | Anthony Reed \| Cynthia Hernandez | | 12-23-17 - Last day to Revive Judgment |
| 5/17/2016 | 303 | Post Judgment Collection | Joseph Toole \| Jeryn Parish | | 9-6-17 - Judgment Lapse Date (can be revived for two years) |
| 6/6/2016 | 317 | Real Estate Dispute | Cinthia Helm | | 9-15-17 Hearing on Motion |
| 10/26/2016 | 387 | Commercial Dispute | MDP Services LLC | | No Motions or hearings pending. |
| 3/9/2017 | 445 | Commercial Dispute | MDP Services LLC \| MDP Services LLC - Kurt Brack \| Reid Hollbrook | | No Motions or hearings pending. Discovery responses to Brack due on or before 9-29-17 |
| 4/5/2017 | 465 | Post Judgment Collection | Brad Thornington & Lacie Thorton | | None |
| 4/5/2017 | 466 | Post Judgment Collection | Beth Harsh & Randy Anderson | | 3-27-22 - Judgment Lapse Date |
| 4/5/2017 | 467 | Post Judgment Collection | Samantha Sparbel & Sandy Poverlien | | 3-28-22 - Judgment Lapse Date |
| 4/6/2017 | 468 | Post Judgment Collection | Carol Moorehouse & Michelle Walton | | 4-4-22 - Judgment Lapse Date |
| 4/10/2017 | 471 | Post Judgment Collection | Lasandra Blue | | 2-28-22 Judgment Lapse Date |
| 4/12/2017 | 474 | Post Judgment Collection | Jalisa Jordan | | 4-5-22 Judgment Lapse Date |

Exhibit 2 – Matters Summary

| Date Opened | Ref | Matter Type | Other Party | Current Status | Upcoming Deadlines |
|---|---|---|---|---|---|
| 5/1/2017 | 483 | Civil Dispute | Doran Law Office | | None |
| 5/16/2017 | 496 | Post Judgment Collection | Michael Smith | | 11-3-21 Judgment Lapse Date |
| 6/5/2017 | 504 | Eviction | Jesse Tilton \| Victoria Chappell | | 11-13-17 at 9:00 am - Hearing on Additional Damages |
| 6/13/2017 | 515 | Eviction | Darin Walker | | 9-14-17 - First Day Stonehouse can collect on this Judgment. |
| 6/21/2017 | 518 | Eviction | Indigo Industrial | | None |
| 8/2/2017 | 548 | Post Judgment Collection | Paul White \| Courtney Ross | | 7-27-22 - Judgment Lapse Date |
| 8/31/2017 | 573 | Eviction | Diamond Ebony George & Darayus Payne | | Case not filed. |

Matters listed:          35

**Stonehouse Rentals Inc. | Stonehouse Rentals Inc. - Salah Ibrahim**

| Date Opened | Ref | Matter Type | Other Party | Current Status | Upcoming Deadlines |
|---|---|---|---|---|---|
| 5/7/2017 | 488 | Civil Dispute | Patrick Doran | | No deadlines, motion pending. |

Matters listed:          1

**Stonehouse Rentals Inc. | Stonehouse Rentals Inc. - Salah Ibrahim | K-10 Investment Group, LLC**

| Date Opened | Ref | Matter Type | Other Party | Current Status | Upcoming Deadlines |
|---|---|---|---|---|---|
| 12/13/2016 | 407 | Commercial Dispute | Carter LLP | | None. |

Matters listed:          1

Exhibit 2 – Matters Summary

**Sumerian LLC**

| Date Opened | Ref | Matter Type | Other Party | Current Status | Upcoming Deadlines |
|---|---|---|---|---|---|
| 4/10/2017 | 473 | Real Estate Dispute | City of Topeka, Kansas - Property Code Enforcement | | 10-10-17 at 9:00am - Pretrial Hearing |

Matters listed:    1

Exhibit 2 – Matters Summary